UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRYCE W. PERKINS | : | DOCKET NO. 19-cv-0283<br>SECTION P |
| VERSUS | : | JUDGE CAIN |
| DARREL VANNOY, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc.4] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that this habeas action be **DISMISSED WITHOUT PREJUDICE** due to the presence of unexhausted claims.

**THUS DONE AND SIGNED** in Chambers this 22 day of July, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE